IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LACEY MARTIN,

      Plaintiff,

vs.

TOWN OF PARADISE, et al.,

      Defendants.

                               /

No. CIV S-08-2301-JAM-EFB

ORDER

On October 27, 2009, plaintiff filed two motions to compel discovery, and set the matters for hearing on December 2, 2009. Dckt. Nos. 16, 17. However, the discovery deadline in this case was October 26, 2009. *See* Status (Pretrial Scheduling) Order, filed December 2, 2008, Dckt. No. 12. As set forth in the scheduling order, the discovery deadline is the date on which all discovery is to be "completed," which "means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with." *Id*.

////

////

1

This court has no authority to consider a discovery motion after the close of discovery. While plaintiff may file a motion to modify the scheduling order, the motion must be heard and decided by the district judge. Accordingly, plaintiff's motions to compel discovery, Dckt. Nos. 16 and 17, are hereby vacated.

SO ORDERED.

DATED: October 29, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2