UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY MARTIN,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>TOWN OF PARADISE, a Public Entity, CHARLES ROUGH, individually and as Town Manager, GERALD CARRIGAN, individually and as Chief of Police, and DOES 1 through 10, inclusive,<br><br>　　Defendant. | Case No. 2:08-CV-02301-JAM-EFB<br><br>ORDER |

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | This case was before the Court on January 20, 2010 for a hearing on Defendants' motion for |
| 2 | summary judgment. A true and correct copy of the transcript of the hearing and Court's ruling from the |
| 3 | bench is attached to this Order. Carolina Veronica Diaz appeared and argued the motion on behalf of |
| 4 | Plaintiff Lacey Martin. Douglas R. Thorn appeared and argued the motion on behalf of Defendants |
| 5 | Town of Paradise, Charles Rough, and Gerald Carrigan. |

As set forth in the transcript of the hearing, Defendants' motion for summary judgment is GRANTED as to the first, second, fourth, fifth, seventh, and eighth causes of action in Plaintiff's Complaint, and DENIED as to the third and sixth causes of action in Plaintiff's Complaint.

The third and sixth causes of action in Plaintiff's Complaint arise under California law, and the Court declines to exercise its supplemental jurisdiction over such claims. Accordingly, the third and sixth causes of action in Plaintiff's Complaint are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED

February 8, 2010        /s/ John A. Mendez

                                        Honorable John A. Mendez
                                        United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com